# United States Bankruptcy Court
# Central District Of California

### 21041 Burbank Blvd, Woodland Hills, CA 91367–6603

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Wendell Adam Baker

**BANKRUPTCY NO.**  1:10–bk–24436–MT

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**   xxx–xx–9871
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 4/13/11

**Address:**
19523 Strathern St
Reseda, CA 91335

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Case dismissed at confirmation hearing on 3/8/2011

Dated: April 13, 2011

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court